IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01535-BNB

CHARLES FRANKLIN JONES, JR.,

    Plaintiff,

v.

REGIONAL TRANSPOTATION [sic] DISTRICT,
BILL RITTER,
JOHN W. HICKENLOOPER,
CHRISTOPHER MARTINEZ,
PHILLIP A. WASHINGTON,
ROBERT L. MEDINA,
OSMONDES HAINESWORTH, and
JOHN DOE,

    Defendants.

---

ORDER GRANTING PLAINTIFF LEAVE TO PROCEED
PURSUANT TO 28 U.S.C. § 1915

---

Plaintiff has filed *pro se* a Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and a Complaint. The motion and affidavit indicate that Plaintiff should be granted leave to proceed pursuant to 28 U.S.C. § 1915 solely on the basis of inability to prepay fees or give security therefor. Accordingly it is

ORDERED that the Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915, filed on July 2, 2010, and amended on July 8, 2010, is granted. It is

FURTHER ORDERED that the Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915, filed on June 23, 2010, is denied as moot. It is

FURTHER ORDERED that the court review the complaint pursuant to 28 U.S.C. § 1915(e)(2)(B) to determine if the complaint is frivolous or malicious, fails to state a claim on which relief may be granted, or seeks monetary relief against a defendant who is immune from such relief. It is

DATED August 5, 2010, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-01535-BNB

Charles Franklin Jones, Jr.
2740 High Street
Denver, CO 80205

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 8/5/10

GREGORY C. LANGHAM, CLERK

By: _____
     Deputy Clerk