IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01535-BNB

CHARLES FRANKLIN JONES, JR.,

    Plaintiff,

v.

REGIONAL TRANSPOTATION [sic] DISTRICT,
BILL RITTER,
JOHN W. HICKENLOOPER,
CHRISTOPHER MARTINEZ,
PHILLIP A. WASHINGTON,
ROBERT L. MEDINA,
OSMONDES HAINESWORTH, and
JOHN DOE,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 23 2010

GREGORY C. LANGHAM
CLERK

---

ORDER TO DISMISS IN PART AND TO DRAW CASE
TO A DISTRICT JUDGE AND TO A MAGISTRATE JUDGE

---

Plaintiff, Charles Franklin Jones, Jr., has filed *pro se* a Complaint asserting that the Defendants discriminated against him on the basis of his race and disability in adjusting a claim he filed with Defendant Regional Transportation District ("RTD") after he injured his hand while exiting an RTD bus. Mr. Jones has been granted leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.

The Complaint purports to assert the following federal claims for relief against the Defendants: (1) conspiracy to deprive Mr. Jones of his civil rights, in violation of 18 U.S.C. § 241; (2) race discrimination, in violation of Title II of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000a to 2000a-6, and in violation of 42 U.S.C. § 1981; and (3)

disability discrimination, in violation of Title III of the Americans with Disabilities Act of 1990 ("ADA"), 42 U.S.C. § 12182. Mr. Jones seeks monetary and injunctive relief against the Defendants.

The Court construes Plaintiff's filings liberally because he is not represented by an attorney. *See Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). However, the Court should not act as an advocate for *pro se* litigants. *See Hall*, 935 F.2d at 1110.

On August 23, 2010, Magistrate Judge Boyd N. Boland ordered Plaintiff to file an amended complaint alleging specific facts to demonstrate that Defendants Colorado Governor Bill Ritter, Denver Mayor John Hickenlooper, and RTD Board First-Vice Chair Martinez participated personally in the alleged discriminatory acts. Plaintiff was further advised in the August 23 Order that he cannot maintain a claim for relief under 18 U.S.C. § 241 because the criminal statute does not provide him with a private cause of action.

On September 17, 2010, Mr. Jones filed "Plaintiffs Amended Complaint" [Doc. No. 9] which the Court has construed liberally as a Motion to Amend the Complaint. In his Motion to Amend, Mr. Jones asks the Court to dismiss his claim under 18 U.S.C. § 241. Plaintiff further requests that the Court dismiss Defendants Bill Ritter, John W. Hickenlooper, and Christopher Martinez from this action. The Court will grant the Motion to Amend.

Upon completion of the Court's review pursuant to D.C.COLO.LCivR 8.1C, the Court has determined that Mr. Jones' claims against the remaining Defendants arising

under federal civil statutes do not appear to be appropriate for summary dismissal. Therefore, the case will be drawn to a district judge and to a magistrate judge. *See* D.C.COLO.LCivR 8.1D. Accordingly, it is

ORDERED that Plaintiff's Motion to Amend the Complaint [Doc. No. 9] is GRANTED as follows: Defendants Bill Ritter, John W. Hickenlooper, and Christopher Martinez are dismissed as parties to this action pursuant to Fed. R. Civ. P. 41(a). Plaintiff's claim for relief under 18 U.S.C. § 241 is also dismissed pursuant to Fed. R. Civ. P. 41(a). It is

FURTHER ORDERED that the Clerk of the Court is instructed to remove Defendants Bill Ritter, John W. Hickenlooper, and Christopher Martinez as named parties to the suit. It is

FURTHER ORDERED that this case shall be drawn to a district judge and to a magistrate judge.

DATED at Denver, Colorado, this  23rd  day of  September , 2010.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge, for
ZITA LEESON WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-01535-BNB

Charles Franklin Jones, Jr.
2740 High Street
Denver, CO 80205

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on **9/23/10**

GREGORY C. LANGHAM, CLERK

By: _____
    Deputy Clerk