FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 29 2010

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Action No. 10-cv-01535-REB-CBS

CHARLES FRANKLIN JONES, JR.,

    Plaintiff,

v.

REGIONAL TRANSPOTATION [sic] DISTRICT,
PHILLIP A. WASHINGTON,
ROBERT L. MEDINA,
OSMONDES HAINESWORTH, and
JOHN DOE,

    Defendants.

## ORDER REQUIRING SERVICE BY UNITED STATES MARSHAL

**Blackburn, J.**

This matter is before the court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The court has granted the plaintiff leave to proceed *in forma pauperis*.

**THEREFORE, IT IS ORDERED** as follows:

1. That if appropriate, the Clerk shall attempt to obtain a waiver of service from each of the defendants;

2. That if the Clerk is unable to do so, then the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders on each of the defendants; provided, furthermore, that if appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d);

3. That all costs of service shall be advanced by the United States; and

4. That after service of process, any defendant or counsel for any defendant having been served shall respond to the complaint as provided in the Federal Rules of Civil Procedure.

Dated September 27, 2010, at Denver, Colorado.

BY THE COURT:

/s/ Bob Blackburn
Robert E. Blackburn
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-01535-REB-CBS

Charles Franklin Jones, Jr
2740 High St.
Denver, CO 80205

US Marshal Service
Service Clerk
Service forms for: Regional Transportation District, Phillip A. Washington, Robert L. Medina, and Osmondes Hainesworth,

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to the United States Marshal for service of process on Regional Transportation District, Phillip A. Washington, Robert L. Medina, and Osmondes Hainesworth: AMENDED COMPLAINT FILED 09/17/10, ORDER TO DISMISS & DRAW FILED 09/23/10, SUMMONS, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on 9/29/10

GREGORY C. LANGHAM, CLERK

By: _____
    Deputy Clerk