**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 10-cv-01535-REB-CBS

CHARLES FRANKLIN JONES, JR.,

    Plaintiff,

v.

REGIONAL TRANSPOTATION (sic) DISTRICT,
PHILLIP A. WASHINGTON,
ROBERT L. MEDINA,
OSMONDES HAINESWORTH, AND
JOHN DOE,

    Defendants.

## ORDER OF DISMISSAL

**Blackburn, J.**

    The matter before me is the **Stipulation of Dismissal With Prejudice** [#26] filed December 7, 2010.  After reviewing the stipulation and the file, I conclude that the stipulation should be approved and that this action should be dismissed with prejudice.

    **THEREFORE, IT IS ORDERED** as follows:

    1.  That the **Stipulation of Dismissal With Prejudice** [#26] filed December 7, 2010, is **APPROVED**;

    2.  That the Trial Preparation Conference set for November 4, 2011, is **VACATED**;

    3.  That the jury trial set to commence November 28, 2011, is **VACATED**; and

4. That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated December 8, 2010, at Denver, Colorado.

**BY THE COURT:**

Robert E. Blackburn
United States District Judge